**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
  YVELICE ALTAGRACIA G.C.,

                        Plaintiff,                      25 **CIVIL** 2921 (GRJ)

     -v-                                              **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 23, 2026, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 13) is GRANTED and this case is REMANDED for further administrative proceedings consistent with the Decision and Order. Judgment is entered in favor of Plaintiff; accordingly, the case is closed.

**Dated:** New York, New York

      March 23, 2026

                                         **TAMMI M. HELLWIG**
                                    _____
                                       **Clerk of Court**

                    **BY:**           K. Mango

                                      _____
                                       **Deputy Clerk**